**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6244**

JERMAINE ANTWAN TART,

    Plaintiff - Appellant,

  v.

CHAPLAIN HOVIS,

    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (5:17-ct-03252-BO)

Submitted:  June 26, 2020           Decided:  July 6, 2020

Before GREGORY, Chief Judge, AGEE and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jermaine Antwan Tart, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Antwan Tart appeals the district court's order dismissing his 42 U.S.C. § 1983 (2018) complaint without prejudice for failure to exhaust available administrative remedies, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a) (2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tart v. Hovis*, No. 5:17-ct-03252-BO (E.D.N.C. Jan. 28, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*